UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Angela Wahab,<br><br>　　　　　　Plaintiff,<br><br>　-against-<br><br>Galleria Nuvo, Inc.,<br><br>　　　　　　Defendant. | 24cv00580 (ALC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Defendant shall have until January 15, 2025 to make a motion under Rule 12(c); if it does, Defendant shall file any letter-motion to stay discovery by January 15, 2025; Plaintiff shall have until February 15, 2025 to oppose the motion and letter-motion; and Defendant shall have until February 28, 2025 to file any reply.

DATED:　December 19, 2024
　　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge